UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUDY MASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17-cv-708-D |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | **(JURY)** |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Judy Mason and Defendant Allstate Texas Lloyds file this Joint Notice of Settlement. The parties have agreed to a settlement and are working to memorialize the agreement. The parties request that the Court conditionally dismiss the case pending finalization of the settlement.

Defendant Allstate Texas Lloyds files this Notice with the consent of Plaintiff Judy Mason and undersigned counsel.

Respectfully submitted,

**STACY | CONDER | ALLEN LLP**

   /s/David G. Allen
David G. Allen
State Bar No. 00786972
allen@stacyconder.com
Danah L. Woods
State Bar No. 24045259
woods@stacyconder.com

901 Main Street, Suite 6200
Dallas, Texas 75202
(214) 748-5000
(214) 748-1421 (Fax)
**ATTORNEYS FOR DEFENDANT**

**DALY & BLACK, P.C.**

    */s/ David Bergen*
Richard D. Daly
State Bar. 00796429
David L. Bergen
State Bar 24097371
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Phone:  713-655-1405
Fax:    713-655-1587
rdaly@dalyblack.com
dbergen@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**