IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDY MASON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0708-D |
| § | |
| ALLSTATE TEXAS LLOYD'S, § | |
| § | |
| Defendant. § | |

## ORDER

The parties have advised the court through a joint notice of settlement that they have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

October 6, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE